CITY OF LITTLE FALLS, Respondent, *v.* STATE OF NEW YORK, Appellant.

Claim No. 25,847.

CITY OF LITTLE FALLS, Respondent, *v.* STATE OF NEW YORK, Appellant.

Claim No. 25,848.

Argued October 8, 1943; decided December 8, 1943.

*Nathaniel L. Goldstein*, Attorney-General (*Henry S. Manley* and *Orrin G. Judd* of counsel), for appellant.

*James A. McTiernan* for respondent.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.